**FILED**
**JUL 1 8 2007**
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr140-WKW |
| ) | [8 USC 1326] |
| ISIDRO MONTOYA-MORENO ) | |
| ) | |
| ) | **INDICTMENT** |

The Grand Jury charges:

## COUNT 1

On or about June 7, 2007, in Montgomery County, Alabama, in the Middle District of Alabama, the Defendant,

**ISIDRO MONTOYA-MORENO**

being an alien, did knowingly re-enter and was found in the United States after having been deported, without obtaining the permission of the Secretary of Homeland Security or the Attorney General of the United States, in violation of Title 8, United States Code, Section 1326.

A TRUE BILL.

_/s/ Marilynn Presley_
Foreperson

_/s/ Leura G. Canary_
LEURA G. CANARY
UNITED STATES ATTORNEY

_/s/ Christa D. Deegan_
Christa D. Deegan
Assistant United States Attorney