IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:07-cr-140-WKW |
| | ) | |
| ISIDRO MONTOYA-MORENO | ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **August 1, 2007, at 10:30 a.m.,** in the above-styled case.

You are DIRECTED to produce the following named prisoner: **ISIDRO MONTOYA-MORENO** before the United States District Court at Courtroom 5B, on the 1st day of August, 2007, at 10:30 a.m.

DONE, this the 19th day of July, 2007.

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

By: _____
        Deputy Clerk