IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-140-WKW |
| ) | |
| ISIDRO MONTOYA-MORENO ) | |

### NOTICE OF INTENT TO ENTER GUILTY PLEA AT ARRAIGNMENT

COMES NOW the Defendant, ISIDRO MONTOYA-MORENO, by and through undersigned counsel, Donnie W. Bethel, and notifies the Court of his intent to enter a plea of guilty at his arraignment on August 1, 2007. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 31st day of July, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA            ) | |
| ) | |
| v.                                                         ) | Case No.: 2:07-cr-140-WKW |
| ) | |
| ISIDRO MONTOYA-MORENO            ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christa D. Deegan, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49