IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr140-WKW |
| ISIDRO MONTOYA-MORENO | ) | |

ORDER

Upon consideration of Defendant's Notice to Enter A Guilty Plea at Arraignment (Doc. #22), filed July 31, 2007, it is

ORDERED that this case is set for an Arraignment and a Guilty Plea pursuant to Rule 11 of the Federal Rules of Criminal Procedure on August 1, 2007, at 10:00 a.m., in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that the Arraignment previously scheduled for August 1, 2007, at 10:30 a.m. before Magistrate Judge Walker is canceled. It is further

ORDERED that the Clerk is directed to provide a court reporter and an interpreter for this proceeding. If Defendant is in custody, the United States Marshal shall arrange for the Defendant's appearance at this proceeding.

DONE this 31st day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE