# **MINUTES**

```
               IN THE UNITED STATES DISTRICT COURT FOR THE
                 MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. JUDGE KEITH WATKINS                              AT MONTGOMERY, ALABAMA

DATE COMMENCED   SEPTEMBER 12, 2007                   AT 10:24 A.M./P.M.

DATE COMPLETED   SEPTEMBER 12, 2007                   AT 10:33 A.M./P.M.

UNITED STATES OF AMERICA

VS.                                              CR. NO. 2:07cr140-WKW

ISIDRO MONTOYA MORENO
```

|   PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| AUSA Christa Deegan | X | Atty. Christine Freeman |
|  | X |  |
|  | X |  |
|  | X |  |

<u>COURT OFFICIALS PRESENT:</u>

| Ann Roy | Elizabeth Gould | Risa Entrekin |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

Beverly Childress
Interpreter

<u>PROCEEDINGS:</u>

**SENTENCING**

10:24 AM   Court convened.  Sentencing hearing commences.  Court rejects
           plea agreement.  Defendant reaffirms plea of guilty.  Sentence
           imposed.
10:33 AM   Hearing concluded.