**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 2, 2007

# NOTICE OF CORRECTION

**From:**            **Clerk's Office**

**Case Style:**      USA vs. Isidro Montoya-Moreno

**Case Number:**     2:07cr140-WKW

**Referenced Pleading:**   Minutes of 9/12/07 Sentencing Hearing

This Notice of Correction has been filed to correct the PDF document previously attached to reflect that Court Interpreter, Beverly Childress was present during the proceedings.

The correct PDF document is attached to this notice for your review.